STATE EX REL. SALTER v. BOARD OF SUPERVISORS OF BOLIVAR COUNTY.

[72 South. 700.]

HIGHWAYS. *Construction. Constitutional provisions. Powers of supervisors.*

    Laws 1916, chapter 169, entitled an act to provide additional methods of working public highways, in counties and providing for the creation of road districts is violative of section 170 of the state Constitution and is void, since it does not regulate the manner in which the jurisdiction of boards of supervisors over roads, ferries, and bridges shall be exercised, but attempts to provide a method by which practically all jurisdiction over the same may be withdrawn from such boards and vested in road commissioners.

APPEAL from the circuit court of Bolivar county.

HON. W. A. ALCORN, Judge.

Suit by the state on the relation of S. G. Salter, district attorney, against the board of supervisors of Bolivar county. From a judgment for defendant, relator appeals.

The facts are fully stated in the opinion of the court.

*Owens & Roberts,* for appellant.

*Green & Green,* for appellee.

Smith, C. J., delivered the opinion of the court.

Chapter 169 of the Laws of 1916 does not regulate the manner in which the jurisdiction of boards of supervisors over roads, ferries, and bridges shall be exercised, but attempts to provide a method by which practically all jurisdiction over the same may be withdrawn from such boards and vested in road commissioners, and this the legislature, because of the provisions of section 170 of the Constitution, is without power to do. The statute is therefore void, and the court below committed no error in declining to enforce its provisions.

*Affirmed.*